█   In the Matter of the Arbitration between ROOSEVELT HOSPITAL, Petitioner, and LOCAL 1199, DRUG AND HOSPITAL UNION, AFL-CIO, Respondent.—█

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and McNally, JJ.